515-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
STARFISH ENTERPRISES INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STARFISH ENTERPRISES INC.,

                    Plaintiff,

- against --

PETROVAL S.A.,

                    Defendant.
------------------------------------------------------------------x

07 CIV. 9796 ( SHS )

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for STARFISH ENTERPRISES INC., (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       November 5, 2007

                                    FREEHILL HOGAN & MAHAR LLP
                                    Attorneys for Plaintiff
                                    By: _____
                                       Peter J. Gutowski (PG 2200)
                                       80 Pine Street
                                       New York, NY 10005
                                       Telephone: (212) 425-1900
                                       Facsimile: (212) 425-1901

NYDOCS1/292439.1