```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

515-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
STARFISH ENTERPRISES INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STARFISH ENTERPRISES INC.

                      Plaintiff,

  - against -

PETROVAL S.A.,

                     Defendant.
------------------------------------------------------------x

07-CV- 9796 (SHS)

NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)
and VOLUNTARY
WITHDRAWAL OF
ATTACHMENT

The above entitled action is hereby discontinued without prejudice on application of the Plaintiffs pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       June 9, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
By: _____
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

SO ORDERED 6/9/08

SIDNEY H. STEIN
U.S.D.J.

NYDOCS1/306186.1